# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARBONITE, INC., <br><br> Plaintiff, <br> v. <br><br> DEEPAK MOHAN, <br><br> Defendant. | Civil Action No. 18-12331 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Russell Beck of Beck Reed Riden LLP as counsel for Plaintiff Carbonite, Inc. in the above-captioned matter.

        Respectfully submitted,

        CARBONITE, INC.

        By its attorneys,

        */s/ Russell Beck*
        Russell Beck, BBO No. 561031
        Stephen D. Riden, BBO No. 644451
        Lauren C. Schaefer, BBO No. 696628
        Beck Reed Riden LLP
        155 Federal Street, Suite 1302
        Boston, Massachusetts  02110
        617.500.8660 Telephone
        617.500.8665 Facsimile
        *rbeck@beckreed.com*
        *sriden@beckreed.com*
        *lschaefer@beckreed.com*

Dated:  November 7, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the CM/ECF system on November 7, 2018, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                                                                            */s/ Russell Beck*
                                                                                          Russell Beck