# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARBONITE, INC., | |
| Plaintiff, | Civil Action No. 18-12331-MLW |
| v. | |
| DEEPAK MOHAN, | |
| Defendant. | |

## CONSENT TEMPORARY RESTRAINING ORDER

Upon the agreement of the parties, the Court, in accordance with Fed. R. Civ. P. 65(b), orders as follows:

1. Deepak Mohan consents to be and is hereby enjoined from performing any work for or providing any services to Veritas until February 28, 2019; provided, however, that this Order shall not prevent Mr. Mohan from receiving compensation and benefits from Veritas, as long as he does not perform any work for or provide any services to Veritas. The Court hereby sets an in-person status conference for February 1_, 2019 at _MLW_ _4_ a.m./p.m. for the purpose of determining whether, in light of the procedural posture of the case at that time, the requirements of this Paragraph 1 should be extended beyond February 28, 2019. *_The parties shall file a status rep_t by February 4, 2019, concerning settlement, among other things. MLW_

2. Deepak Mohan consents to be and is hereby enjoined from using or disclosing Carbonite's trade secrets and other confidential information, including, without limitation, Carbonite's strategic roadmap and proprietary business plans to onboard new enterprise customers, information concerning potential, planned, or rejected merger and acquisition opportunities, merger and acquisition strategy, product strategy and pipeline, cost structuring, prior, current, and/or contemplated products and services,

\* _Defendant and a representative of plaintiff with full settlement authority (without need to consult anyone else) shall attend. MLW_

know-how, techniques, computer software designs, and hardware configurations, training materials, non-public policies and procedures, research, sales information and data, pricing, financial models, business plans, corporate strategy, non-public financial and business forecasts and estimates, account valuation and information about costs and profits, and information about current and/or prospective customers or markets of Carbonite.

3. Deepak Mohan consents to be and is hereby ordered to return to Carbonite (through counsel) within three (3) business days from the entry of this Order, all of Carbonite's property, information, and materials in his possession, custody, or control, including any USB or other external storage devices onto which such information or materials were placed at any time. This requirement includes all records or documents in any form, created by Mr. Mohan or anyone acting in concert with him, that contain Carbonite information, that serve to transmit Carbonite information that was received or removed from Carbonite and that are based on or include, in whole or in part, documents or information that was received or removed from Carbonite. Notwithstanding anything herein to the contrary, however, Mr. Mohan shall not be required to return to Carbonite any documents that relate specifically to his employment with Carbonite, such as employment agreements, offer letters, pay stubs, and tax documents.

4. To the extent that Mr. Mohan returns any USB or other external storage devices to Carbonite pursuant to Paragraph 3 above, Carbonite shall provide a forensically sound copy of all such devices to Mr. Mohan's counsel, on an attorneys' eyes only basis, and at Mr. Mohan's expense, within five business days after it obtains or receives its own working copy of such devices.

5. Deepak Mohan consents to be and is hereby ordered to file, within seven (7) days from the entry of this Order, an affidavit (a) attesting that he has returned to Carbonite all of Carbonite's property, materials, and information subject to this Court's Order and (b) identifying all persons and entities outside of Carbonite to which he transferred any Carbonite confidential information or trade secrets since May 1, 2018.

SIGNED this 7th day of Dec, 2018,

HONORABLE MARK L. WOLF
United States District Court Judge

Consented to by:

/s/ Stephen D. Riden
Russell Beck (BBO # 561031)
Stephen D. Riden (BBO # 644451)
Lauren C. Schaefer (BBO # 696628)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
617.500.8660 Telephone
617.500.8665 Facsimile
rbeck@beckreed.com
sriden@beckreed.com
lschaefer@beckreed.com

Attorneys for Plaintiff Carbonite, Inc.

/s/ James F. Kavanaugh, Jr.
James F. Kavanaugh, Jr. (BBO # 262360)
Andrew R. Dennington (BBO # 666892)

CONN KAVANAUGH ROSENTHAL
PEISCH
 & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
jkavanaugh@connkavanaugh.com
adennington@connkavanaugh.com

Brett E. Coburn (Admitted *Pro Hac Vice*)
Georgia Bar No. 171094
Kristen W. Fox (Admitted *Pro Hac Vice*)
Georgia Bar No. 198669
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Attorneys for Defendant Deepak Mohan