UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARBONITE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEEPAK MOHAN, <br><br> Defendant. | Civil Action No. 18-12331-MLW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 68.2, the above captioned action is dismissed with prejudice, each party expressly waiving all rights of appeal and each party agreeing to bear its own costs and attorneys' fees in this matter.

Respectfully submitted this 3d day of January 2019.

| | |
|---|---|
| /s/ Stephen D. Riden | /s/ Andrew R. Dennington |
| Russell Beck (BBO # 561031) | James F. Kavanaugh, Jr. (BBO # 262360) |
| Stephen D. Riden (BBO # 644451) | Andrew R. Dennington (BBO # 666892) |
| Lauren C. Schaefer (BBO # 696628) | |
| Beck Reed Riden LLP | CONN KAVANAUGH ROSENTHAL |
| 155 Federal Street, Suite 1302 | PEISCH & FORD, LLP |
| Boston, Massachusetts 02110 | One Federal Street, 15th Floor |
| 617.500.8660 Telephone | Boston, MA 02110 |
| 617.500.8665 Facsimile | (617) 482-8200 |
| rbeck@beckreed.com | jkavanaugh@connkavanaugh.com |
| sriden@beckreed.com | adennington@connkavanaugh.com |
| lschaefer@beckreed.com | |
| | Brett E. Coburn (Admitted *Pro Hac Vice*) |
| Attorneys for Plaintiff Carbonite, Inc. | Georgia Bar No. 171094 |
| | Kristen W. Fox (Admitted *Pro Hac Vice*) |
| | Georgia Bar No. 198669 |
| | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street |
| | Atlanta, GA 30309-3424 |
| | (404) 881-7000 |
| | |
| | Attorneys for Defendant Deepak Mohan |